| | |
|---|---|
| 1 | **DAVIS WRIGHT TREMAINE LLP** |
| 2 | 865 S. FIGUEROA ST. |
| | SUITE 2400 |
| 3 | LOS ANGELES, CALIFORNIA 90017-2566 |
| | TELEPHONE (213) 633-6800 |
| 4 | FAX (213) 633-6899 |

RACHEL F. STROM (*Pro Hac Vice* application pending)
  rachelstrom@dwt.com
DIANA PALACIOS (State Bar No. 290923)
  dianapalacios@dwt.com

Attorneys for Defendants
PENSKE MEDIA CORPORATION and
HOLLYWOODLIFE.COM, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFERY R. WERNER, an individual, | Case No. 2:17-cv-06191-FMO-JPR |
| Plaintiff, | [Assigned to Hon. Fernando M. Olguin] |
| vs. | **CORPORATE DISCLOSURE STATEMENT BY DEFENDANT PENSKE MEDIA CORPORATION** |
| PENSKE MEDIA CORPORATION, a Delaware Corporation, HOLLYWOODLIFE.COM, LLC, individually and doing business as "HOLLYBABY.COM"; and DOES 1-10, | |
| Defendants. | |

1    Pursuant to Federal Rule of Civil Procedure 7.1, Penske Media Corporation
2  ("Penske") makes the following disclosures:
3    Penske has no parent corporation or any publicly held corporation owning
4  10% or more of its shares.
5
6  DATED: November 13, 2017          D<small>AVIS</small> W<small>RIGHT</small> T<small>REMAINE</small> LLP
7                                     RACHEL F. STROM (*Pro Hac Vice*
                                       application pending)
8                                     DIANA PALACIOS
9
                                       By:        */s/ Diana Palacios*
10                                                Diana Palacios
11
                                       Attorneys for Defendants
12                                     PENSKE MEDIA CORPORATION and
                                       HOLLYWOODLIFE.COM, LLC
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

CORPORATE DISCLOSURE STATEMENT
4824-8923-8356v.1 0109845-000002

2

D<small>AVIS</small> W<small>RIGHT</small> T<small>REMAINE</small> LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899