**DAVIS WRIGHT TREMAINE LLP**
865 S. FIGUEROA ST.
SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
TELEPHONE (213) 633-6800
FAX (213) 633-6899

RACHEL F. STROM (*Pro Hac Vice* application pending)
  rachelstrom@dwt.com
DIANA PALACIOS (State Bar No. 290923)
  dianapalacios@dwt.com

Attorneys for Defendants
PENSKE MEDIA CORPORATION and
HOLLYWOODLIFE.COM, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFERY R. WERNER, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>PENSKE MEDIA CORPORATION, a Delaware Corporation, HOLLYWOODLIFE.COM, LLC, individually and doing business as "HOLLYBABY.COM"; and DOES 1-10,<br><br>Defendants. | Case No. 2:17-cv-06191-FMO-JPR<br>[Assigned to Hon. Fernando M. Olguin]<br><br>**CORPORATE DISCLOSURE STATEMENT BY DEFENDANT HOLLYWOODLIFE.COM, LLC** |

1  Pursuant to Federal Rule of Civil Procedure 7.1, Defendant
2  Hollywoodlife.com, LLC d ("Hollywoodlife") makes the following disclosures:
3  Penske Media Corporation is the parent corporation of Hollywoodlife and no
4  publicly held corporation owns 10% or more of Penske's stock.

6  DATED: November 13, 2017        DAVIS WRIGHT TREMAINE LLP
7                                  RACHEL F. STROM (*Pro Hac Vice*
                                    application pending)
8                                   DIANA PALACIOS

                                    By: _____ */s/ Diana Palacios*_____
10                                          Diana Palacios

12                                  Attorneys for Defendants
                                    PENSKE MEDIA CORPORATION and
13                                  HOLLYWOODLIFE.COM, LLC

2

CORPORATE DISCLOSURE STATEMENT
4820-2209-7748v.1 0109845-000002

**DAVIS WRIGHT TREMAINE** LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899